IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AJOY KAPILA,

                                                                            ORDER

                Plaintiff,

                                                                            08-cv-229-bbc

     v.

FEDERAL BUREAU OF PRISONS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant has filed its response to plaintiff's motion for a preliminary injunction by filing a motion to dismiss. Defendant objects to plaintiff's motion on the ground that it is now moot because defendant has given plaintiff the relief he seeks by recalculating the date he is eligible for transfer to a halfway house without regard to 28 C.F.R. §§ 570.20 and 570.21. Because the only issue now is whether the case is moot, plaintiff need submit only one response addressing that question. No further response from defendant will be required. Accordingly, IT IS ORDERED that plaintiff may have until June 12, 2008, in which to serve and file his brief in response to defendant's motion to dismiss and in support of his motion

for a preliminary injunction.

Entered this 29th day of May, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge